UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Darlene M. Noland,

        Plaintiff,        Case No. 18-cv-11379

v.        Judith E. Levy
United States District Judge

Commissioner of Social Security,

        Mag. Judge Elizabeth A. Stafford

        Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [22]

Before the Court is Magistrate Judge Elizabeth A. Stafford's Report and Recommendation recommending that the Court grant plaintiff Darlene M. Noland's motion for summary judgment (Dkt. 17) and deny the defendant Commissioner of Social Security's motion for summary judgment (Dkt 18). (Dkt. 22.) The parties were required to file specific written objections within fourteen days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed. The Court has nevertheless carefully reviewed the Report and Recommendation and concurs in the reasoning and result. Accordingly,

The Report and Recommendation (Dkt. 22) is ADOPTED;

Plaintiff's motion for summary judgment (Dkt. 17) is GRANTED;

Defendant's motion for summary judgment (Dkt. 18) is DENIED; and

The case is REMANDED under sentence four of 42 U.S.C. § 405(g) for further consideration consistent with this order.[1]

IT IS SO ORDERED.

Dated: June 11, 2019  s/Judith E. Levy
Ann Arbor, Michigan  JUDITH E. LEVY
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 11, 2019.

s/Shawna Burns
SHAWNA BURNS
Case Manager

---

[1] By failing to object to the Report and Recommendation, the parties have waived any further right of appeal. *United States v. Archibald*, 589 F.3d 289, 295–96 (6th Cir. 2009).